**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:        In re Ronald Dwayne Whitfield

Appellate case number:     01-22-00116-CV

Date motion filed:          April 7, 2022

Party filing motion:        Relator, Ronald Dwayne Whitfield

Relator, Ronald Dwayne Whitfield, has filed a motion for rehearing of this Court's March 31, 2022 opinion denying his petition for writ of mandamus. *See* TEX. R. APP. P. 49.1, 52.9.

It is ordered that the motion for rehearing is **denied**.


Judge's signature:   /s/ Amparo Guerra
                          Acting for the Court

Panel consists of:  Justices Kelly, Goodman, and Guerra.

Date:  May 10, 2022